(March 10, 2011)

■ CAROL ROWE et al., Appellants, v NORMA P. FISHER et al., Defendants, and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent. [918 NYS2d 342]——

The motion court properly precluded plaintiffs' expert testimony on chelation because the expert's theories were contrary to the medical literature on the subject and therefore "unreliable" (*Parker v Mobil Oil Corp.*, 7 NY3d 434, 447 [2006]).

Furthermore, the court properly precluded the testimony pursuant to *Frye v United States* (293 F 1013 [1923]). Although we find that plaintiffs' theory that chelating Carol at the start of her third trimester would have prevented or reduced the claimed injuries to the infant plaintiff was a novel theory subject to a *Frye* analysis, plaintiffs failed to rebut defendant's showing that this theory was not generally accepted within the relevant scientific community. Plaintiffs' position was based solely on their expert's own unsupported beliefs (*see Marso v Novak*, 42 AD3d 377, 378-379 [2007], *lv denied* 12 NY3d 704 [2009]). Concur—Tom, J.P., McGuire, Acosta, Renwick and Freedman, JJ.